IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SIKIRU ISHOLA AHMED, OLUWASHINA KAZEEM AHMED-AL-KHALIFA,

    Plaintiffs,

v.                    CASE NO. 1:13-cv-00050-MP-GRJ

COMMISSIONER FOR EDUCATION LAGOS STATE, COMMISSIONER OF POLICE LAGOS STATE,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 2, 2013. (Doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. The Complaint, Doc. 1, is DISMISSED with prejudice for lack of subject matter jurisdiction and because it was filed outside the statute of limitations.
3. Plaintiff's motion to proceed as a pauper, Doc. 2, is DENIED.
4. Plaintiff's motion for appointment of counsel, Doc. 3, is DENIED.
5. Plaintiff's motion to receive updates by email, Doc. 5, is GRANTED.

**DONE AND ORDERED** this *6th* day of August, 2013

                            *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge